IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NOOR HUSSEIN ALMOMANI,      )
                            )
          Petitioner,       )
                            )
     v.                     )
                            )
TERRY S. JOHNSON, in his    )          1:25-cv-950
official capacity as Sheriff, )
Alamance County; MAJOR STEVEN )
YOUNG, WARDEN, Alamance County )
Detention Facility; TODD LYONS, )
in his official capacity as )
Acting Director of Immigration )
and Customs Enforcement; KRISTI )
NOEM, Secretary of Homeland )
Security; and PAMELA BONDI, )
United States Attorney General, )
                            )
          Respondents.      )

**<u>ORDER</u>**

On October 20, 2025, counsel for Petitioner filed a petition for a writ of habeas corpus "challenging his ongoing and unlawful detention by U.S. Immigration and Customs Enforcement." (Doc. 1 ¶ 1.) On October 30, 2025, counsel for Petitioner filed an emergency motion for temporary restraining order and preliminary injunction, (Doc. 3), and supporting brief, (Doc. 4). On October 31, 2025, this court restrained Respondents from transferring Petitioner from his current detention location and ordered Respondents to provide a status report containing Petitioner's detention location. (Doc. 5.)

This court held a hearing on this matter at 1:00 p.m. on November 3, 2025. Assistant United States Attorney Lynne P. Klauer appeared on behalf of federal Respondents Pamela Bondi, Todd Lyons, and Kristi Noem. Based on the legal issues raised during this hearing, this court will order Petitioner to file supplemental briefing and Respondents to file a response, and will set the matter for an additional hearing on November 19, 2025. Without objection from either party, this court's order entered October 31, 2025, and prohibiting removal of Petitioner from the continental United States, will remain effective until November 20, 2025, and is subject to extension.

**IT IS THEREFORE ORDERED** that Petitioner may file a supplement to his emergency motion for temporary restraining order by November 10, 2025.

**IT IS FURTHER ORDERED** that federal Respondents Pamela Bondi, Todd Lyons, and Kristi Noem are granted an extension of time to file a response to Petitioner's briefing. Respondents shall file a response to the motion, as supplemented, on or before November 17, 2025.

**IT IS FURTHER ORDERED** that this matter is set for motions hearing on **November 19, 2025 at 12:30 p.m. in Greensboro Courtroom 1.**

- 2 -

**IT IS FURTHER ORDERED** that, without objection from either party, this court's order restraining Respondents from transferring Petitioner and removing Petitioner from the continental United States remains in full force and effect until 2:00 p.m. on Wednesday, November 19, 2025, unless extended or dissolved earlier by this court.

Further relief and proceeding pursuant to the temporary restraining order and preliminary injunction will be addressed at the hearing.

This the 3rd day of November, 2025.

_____
United States District Judge

- 3 -