IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NOOR HUSSEIN ALMOMANI,               )
                                     )
            Petitioner,              )
                                     )
      v.                             )
                                     )
TERRY S. JOHNSON, in his             )          1:25-cv-950
Official capacity as Sheriff,        )
Alamance County; MAJOR STEVEN        )
YOUNG, WARDEN, Alamance County       )
Detention Facility; TODD LYONS,      )
in his official capacity as          )
Acting Director of Immigration       )
and Customs Enforcement; KRISTI      )
NOEM, Secretary of Homeland          )
Security; and PAMELA BONDI,          )
United States Attorney General       )
                                     )
            Respondents.             )

**ORDER**

This matter is before this court on Respondent's status report, (Doc. 13), following this court's Order on November 20, 2025, (Doc. 12). In its report, Respondents informed this court that Petitioner had a bond hearing on November 25, 2025, (Doc. 13). During this hearing, Petitioner's request for change in custody status was granted by an Immigration Judge who ordered that Petitioner be released under bond. (Doc. 13.)

In his petition, Petitioner sought relief including prohibiting Petitioner's removal from the jurisdiction of this court, a declaration that Matter of Yajure Hurtado is unlawful

as applied, immediate release on conditions, and attorney's fees. (Doc. 1 at 7.) According to the status report, Petitioner's counsel confirmed that Petitioner has been released from custody. (Doc. 13.) As a result of Petitioner's release on conditions, it appears all issues are now moot except for the sole question of whether attorney's fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 1 at 7.)

This court intends to dismiss this case unless an objection is filed. Therefore, on or before December 30, 2025, the parties shall file an objection to this court's intended action dismissing this case. Alternatively, if Petitioner agrees all issues are moot except for the issue of attorney's fees, then Petitioner shall file a motion requesting an award of attorney's fees on or before December 30, 2025.

**IT IS SO ORDERED.**

This the 8th day of December, 2025.

_____
United States District Judge

- 2 -