IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NOOR HUSSEIN ALMOMANI,               )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
TERRY S. JOHNSON, in his             )
official capacity as Sheriff,        )        1:25-cv-950
Alamance County, MAJOR STEVEN        )
YOUNG, Warden Alamance County        )
Detention Facility, TODD LYONS,      )
in his official capacity as          )
Acting Director of Immigration       )
and Customs Enforcement, KRISTI      )
NOEM, Secretary of Homeland          )
Security, and PAMELA BONDI,          )
United States Attorney General,      )
                                     )
            Defendants.              )

## ORDER

Motion hearings in the above-styled case were held before this court on November 3, 2025 and November 19, 2025. Following submission of Respondents' Status Report, (Doc. 13), this court's December 8, 2025 Order, (Doc. 14), advised the parties, absent any objections on or before December 30, 2025, this court intends to dismiss this action. No further motions have been filed; therefore, this court finds that all issues are moot, and this action should be and is hereby dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as **MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of March, 2026.

_____
United States District Judge

- 2 -